Richard W. Caldarone
73-4522 Hane Street
Kailua-Kona, HI 96740
808-325-2215

Aug. 10, 2015

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF HAWAII

| | | |
|---|---|---|
| Richard W. Caldarone | ) | CIVIL NO. - CV15 00319 SOM RLP |
| | ) | |
| (PLAINTIFF) | ) | |
| | ) | |
| vs. | ) | |
| Ron M. Faris CEO of Ocwen | ) | |
| Gerald Clay and Robert Chapman | ) | |
| (Clay Chapman Law Firm) | ) | |
| | ) | |
| (DEFENDANTS) | | PLAINTIFF |

## COMPLAINT

## AFFIDAVIT of

### Richard W. Caldarone

I, **Richard W. Caldarone,** being of lawful age, qualified and competent to testify to and having

firsthand knowledge of the following facts, to hereby swear that the following facts are true,

correct and not misleading. This **COMPLAINT** is being filed due to the **MAJOR 'FRAUD',**

'ONGOING HARASSMENT',NEGLIGENCE, ELDER ABUSE,CONTEMPT OF THE 9th District court

1

leading to '**VOID** **OF** **DUE** **PROCESS** ' of **Ocwen** ! Their **CEO Ron M**. **Faris** is being sued in another

**Case(00516**-**DKW**-**BMK)** in the **9**[th] **District Court**. This Case is under **Appeal** and Caldarone has

asked the Court to place a '**PERMANENT** **RESTRAINING** **ORDER**' against **Ocwen** while the Case is

being decided. **Ocwen** has a History of '**Dual** **Tracking'** and '**Illegally** **Foreclosing'**. Please check

why the **Chairman of the Board** of **Ocwen** (**William C**. **Erbey**) had to step down and **Ocwen** got

fined $**150,000,000** by the **State of New York**! **Ocwen** can no longer write **Loans** in the **State** of

**New York**! (**EXHIBIT** **A** - Article enclosed).


While Caldarone is awaiting an answer from the **Appeals Court** the law firm of **Clay Chapman**

sent Caldarone a letter (**Exhibit** **B**) stating **Ocwen** has instructed them to begin '**Foreclosure**!'

So, while Caldarone is defending himself and his Family **Ocwen** is proceeding to throw us out

'**into the street**!' This is '**Totally** **outrageous**!' Caldarone has asked **Senator** **Schatz's** and

**Senator** **Mazie** **Hirono's** office to **investigate** the **Audacity** and the '**ONGOING** **FRAUD'** of

**Ocwen** and the **Clay Chapman** law firm. **Clay** and **Chapman** are perpetrating and participating

in '**Wire** **Fraud'** plus '**Bank** **Fraud**!' **Ocwen** was sent a '**Notice** **of** **Rescission'** (**EXHIBIT** **C**) as the

Contract has been '**BREACHED'** **6 times**! They don't own the '**Original Wet Ink Promissory**

**Note'** nor did they lend '**One Cent of their Money'** to the Plaintiff!  They were requested to

show **Proof** and Caldarone invoked **Rule 37** (**Case No**. **00523**-**LEK**-**BMK**). As of this date there

has been '**No Response**!' They are **openly** '**COMMITTING** **FRAUD**! '**Plus In the **State of Hawaii**,

it's a '**VIOLATION** **OF** **STATE** **LAW** **TO FORECLOSE WITHOUT BOTH THE** **MORTGAGE** **AND THE**

**ORIGINAL** **WET** **INK** **PROMISSORY** **NOTE**!' The **SUPREME** **COURT** also backs that statement!

According to **Randy Lum (7/27)** of the **Bureau of Conveyances (in Honolulu)** a '**Servicer'** of a

Loan must be listed with them to 'Foreclose!' As you can see with (Exhibit D) Ocwen is nowhere to be found as the 'Servicer' of the Loan! More FRAUD! The Plaintiff also has never signed or agreed to any Contract with Ocwen! Caldarone was never given a 3 day Notice of Rescission nor a Copy of his Mortgage by his Mortgage Broker (Kurt Nielsen ex-CEO of Island Home Capital). A clear violation of T.I.L.A! The Plaintiff is a Major victim of 'PREDATORY LENDING!' Caldarone supplied the Court with Proof that he averaged only $31,000 a year and not the $156,000 Nielsen reported! All of Caldarone's Income Tax Statements were sent to the Court for Case No.00523-LEK-BMK proving the above! Why was Caldarone given a Loan he wasn't qualified for? Why did IndyMac/One West and Fannie Mae approve Caldarone for the Loan?

Caldarone has filed in Federal Court due to the thousands of Hawaiians being deprived of their Constitutional rights in the State Courts! In 2013 a 'Foreclosure victim' informed Caldarone that the ratio of wins for Foreclosure in the 3rd Circuit Court (Kealakekua,HI) was 649-0 in favor of the Banks! Under the Bill of Rights the People are suppose to get a 'Jury Trial, Just Compensation for property with 2 witnesses testifying against you .Instead the 'People are getting 'Foreclosure, Deed in lieu and Short Sales! Totally 'VOID OF DUE PROCESS!' The Plaintiff asked his ex-lawyer Robin Horner for a Common Law Jury Trial in the State Court. Horner worked in 'collusion' with 'his boss' Judge Ron Ibarra to deny Caldarone his 'Constitutional right to a Jury Trial!' The Case was 'Dismissed without Prejudice' 2 months after Caldarone 'fired' Horner! This was done without Caldarone's 'Knowledge ' or 'Permission!'  If a Judge is a Felon, how can a Judge make Legal and Binding decisions for any

3

Case? Why did Judge Ibarra **'recuse'** himself for **Civil no. 11-1-652K  Nationstar Mortgage** vs **Doug Leopold**  April 24, 2014. (This occurred before Caldarone faced Judge Ibarra!) **Mary Martin** and **Robert Chapman (of the Clay Chapman law firm)**  were both present. If a Judge **'recuses'** himself doesn't that make all of his <u>**following**</u> <u>**decisions**</u> '<u>**Constitutionally**</u> <u>**Defective'**</u> once they '<u>**Commit**</u> <u>**Perjury**</u>?'Because of the above Caldarone <u>**Strongly**</u> <u>**Demands**</u> that he be allowed to file this lawsuit not only on his behalf but also for the **thousands of Hawaiian families** who have been '<u>**Deprived**</u> <u>**of**</u> <u>**their**</u> <u>**Constitutional**</u> <u>**rights**</u> <u>**in**</u> <u>**the**</u> <u>**State**</u> <u>**Courts**</u>!'

Please note that Caldarone has been **fighting this issue since 2009** when he was sent to a **'Ponzi Scheme'** by his **Mortgage Broker (Kurt Nielsen)**.


Because of the above, Caldarone demands $**100 Milion** in **Gold** from **Ocwen** and $**10 Million** in **Gold** from the **Clay Chapman law firm**. This would be for <u>**Actual**</u>, <u>**Punitive**</u> and <u>**Emotional**</u> **damages**. The Plaintiff is willing to '<u>**Settle'**</u> with the Defendants. **If the Defendants are <u>unwilling to</u> '<u>Settle'</u>  Caldarone will proceed with <u>further</u> <u>lawsuits</u>  which will accrue more <u>LEGAL EXPENSES</u>**!


Enclosed is a '<u>**Constitutional**</u> <u>**reminder'**</u> for the Judge or Judges involved.


Caldarone therefore <u>**Strongly Demands a Common Law Jury trial with a Court of Record!**</u>


(SIGNATURE PAGE FOLLOWS)

**A MANDAMUS** IS SO ORDERED

DATED 8/10/15

*Richard W. Caldarone*

Richard W. Caldarone
Pro Se Plaintiff

**NOTARY**

State of Hawaii, Hawaii County on this ___10th___ day of ___August___ 2015; before me ___Lornalyn Aguinaldo___ Notary Public , personally appeared ___Richard W. Caldarone___ to me known to be the living man described in and who executed the foregoing instrument and sworn before me that he executed the same as his free will act and deed.

___Lornalyn Aguinaldo___
NOTARY

My Commission Expires ___02|09|2016___
(Notary Seal)

LS

NOTARY PUBLIC CERTIFICATION
Lornalyn Aguinaldo       Third Judicial Circuit
Doc. Description: Complaint Affidavit
OF Richard W Caldarone

| No. of Pages: ___5___ | Date of Doc. 8|10|15 |
| --- | --- |
| _Lornalyn Aguinaldo_ | 8/10/15 |
| Notary Signature | Date |

LS

DATED: Aug. 10, 2015
Richard Caldarone
Pro-Se